# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130423

CITY OF EAST LANSING,
   Plaintiff-Appellant,

v

DEPARTMENT OF STATE POLICE,
DEPARTMENT OF TRANSPORTATION, and
STATE TRANSPORTATION COMMISSION
FOR THE STATE OF MICHIGAN,
   Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130423
COA: 262076
Ingham CC: 05-000232-CZ

On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

t0424

_____
Clerk